**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

UNITED STATES OF AMERICA        CRIMINAL ACTION NO. 16-mj-116

VERSUS        JUDGE S. MAURICE HICKS, JR.

YUSIF LEE JONES        MAGISTRATE JUDGE HORNSBY

**ORDER**

Per agreement of counsel, **IT IS ORDERED** that the Detention Hearing scheduled for December 27, 2016 at 2:00 PM in the above-captioned matter is hereby continued to a date to be determined by further order of the Court.

**THUS DONE AND SIGNED** in Shreveport, Louisiana on this the 27th day of December, 2016.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE